# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARY DOUGLAS

NO. 2019 KW 0691

**SEP 3 0 2019**

---

In Re:   Mary Douglas, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 11-3542.

---

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.**

                            JMM
                            MRT
                            WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT